UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN SMITH, Individually, and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITE, LLC, EVANGELINE GOULETAS, Individually, and JOHN DOES 1-10 (Identities and addresses presently unknown) <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 16-cv-6314 <br><br> Judge: Samuel Der-Yeghiayan |

## AGREED ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT

This matter comes before the Court on the Parties joint Motion to Approve Settlement and Release Agreement (Doc. 28). The Court having reviewed the Settlement and Release Agreement, and being duly advised on the premises, orders as follows:

1. The Parties executed a confidential Settlement and Release Agreement (the "Agreement") to resolve a bona fide issue of disputed fact between the Parties.

2. The Agreement is approved as the Court finds the terms to be a fair and reasonable compromise of disputed claims and the product of an arm's length negotiation.

3. The case is dismissed without prejudice pending the fulfillment of certain obligations set forth in the Agreement. The dismissal shall automatically convert to a dismissal *with* prejudice on March 1, 2018 unless either party notifies the Court otherwise.

4. Dismissal shall be without assessment of attorneys' fees or costs to any Party.

_____
Honorable Samuel Der-Yeghiayan
United States District Court
Northern District of Illinois

September 7, 2017